PROB 12C
SD/IL (2/00)

# United States District Court
## for
## Southern District of Illinois



FILED

06 FEB 24 AM 11:58

## Amended Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jamal S. Shehadeh | Docket Number: 0754 4:04CR40004-001 |
| Address: 1312 Sportsman Drive<br>Taylorville, Illinois 62568 | Register Number: 14187-026 |

Name of Sentencing Judicial Officer: Honorable J. Phil Gilbert

Name of Re-Assigned Judicial Officer: Honorable G. Patrick Murphy, Chief U.S. District Judge

Date of Original Sentence: July 29, 2004 (Amended order issued on September 23, 2004)

Original Offense: Making a Threatening Communication

Original Sentence: 97 days of incarceration (time served); followed by three years' Supervised Release

**Revocation 11/29/2004:** Three months Bureau of Prisons; followed by three years' Supervised Release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: January 14, 2005 |
| Assistant U.S. Attorney: Thomas Leggans | Defense Attorney: James Stern |

## PETITIONING THE COURT

[ X ]  To file an **Amended Petition**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Statutory | The defendant shall not commit another federal, state, or local crime. |

**Amended Count**
On February 12, 2005, the defendant was arrested by the Taylorville Police Department in Christian County, Illinois, for committing the offense of Disobeying a Stop Sign (Case No. 05-TR-521). The defendant pled guilty and was ordered to pay a fine.

**Amended Count**
On March 7, 2005, the defendant was arrested by the Nokomis Police Department in Montgomery County, Illinois, for committing the offense of Operating a Vehicle with Expired Registration (Case No. 05-TR-2076). The defendant pled guilty and was ordered to pay a fine.

On March 8, 2005, the defendant was arrested by the Greenwood Police Department in Christian County, Illinois, for committing the offense of Speeding 21 to 25 miles over the limit (Case No. 05-TR-933). The defendant pled guilty, was ordered to pay a fine, and was placed on court supervision.

On November 12, 2005, the defendant was arrested by Eaton, Ohio Police Department for committing the offense of Speeding 19 miles over the limit (Case No. 05-TR-06109). The defendant pled guilty and was ordered to pay a fine.

**Amended Count**

On November 25, 2005, the defendant was arrested by the Taylorville Police Department in Christian County, Illinois, for committing the offenses of Improper Passing at Intersection (Case No. 05-TR-4801) and Failure to Secure New Registration (Case No. 05-TR-4802). These cases are presently pending.

On December 18, 2005, the defendant was arrested by the Taylorville Police Department in Christian County, Illinois, for committing the offenses of Illegal Transportation of Alcohol (Case No. 05-TR-5004) and Front/Side Window Obstructed (Case No. 05-TR-5005). These cases are presently pending.

**Amended Count**

On December 22, 2005, the defendant was charged in Christian County, Illinois, Circuit Court for committing the offenses of Improper Use of Flashing, Rotating, Oscillating Red/White Flashing Lights (Case No. 05-TR-5011); and Failure to Obey a Police Officer (Case No. 05-TR-5012). These cases are presently pending.

On January 28, 2006, the defendant was arrested by Taylorville, Illinois Police Department for committing the offense of Obstructing a Police Officer (Report No. 01-06-41). This case is presently pending.

**Amended Count**

On January 30, 2006, the defendant was charged in Christian County, Illinois, Circuit Court with the offenses of Intimidation (count 1) and Disorderly Conduct (count 2) (Case No. 06-CF-14). These cases are presently pending.

Standard #1 — The defendant shall not leave the judicial district without the permission of the Court or probation officer.

On November 12, 2005, the defendant traveled to Eaton, Ohio without the permission of the Court or probation officer.

Standard #2 — The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

The defendant failed to submit a monthly report by the fifth day of each month during the following months: June, July, August, September, October, and November 2005. All said reports were received on December 15, 2005.

Standard #11 — The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

The defendant failed to notify his probation officer within 72 hours that he had contact with law enforcement on the following dates: December 18, 2005, and January 28, 2006.

Special — The defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.

The defendant failed to report as scheduled for mental health treatment through the Triangle Center in Springfield, Illinois, on the following dates: May 3, 2005, and August 9, 2005.

U.S. Probation Officer Recommendation:

The term of supervision should be

[ X ]     revoked.
[ ]     extended for _ years, for a total term of _ years.

[ ]     The conditions of supervision should be modified as follows:=

I declare under penalty of perjury that the foregoing is true and correct.

by    *Crystal D. Campbell*
Crystal D. Campbell
U.S. Probation Officer
Executed on: February 23, 2006

CDC/tdd

THE COURT ORDERS:
[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ✓ ]    Other - **Amended Petition to be Filed**

_____
Signature of Judicial Officer

02/22/06
Date