IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-40004-GPM |
| | ) |
| JAMAL SHEHADEH | ) |
| | ) |
| Defendant. | ) |

## **DOCKETING STATEMENT**

NOW COMES Jamal Shehadeh, pursuant to Circuit Rules 3(c)(1) and 28(a) of the Seventh Circuit Rules of Procedure makes the following docketing statement: Federal jurisdiction in this case is premised on 18 U.S.C. §3231. This Court has Appellate jurisdiction over this matter pursuant to 28 U.S.C. §1291 and 18 U.S.C. §3742. Judgment in this case was entered on February 28, 2006. The Notice of Appeal was filed in this case on March 10, 2006.

Respectfully submitted,

/s/ Renee E. Schooley
RENEE E. SCHOOLEY
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that he/she has caused a true and correct copy of the foregoing to be served upon Andrew Simonson, Assistant United States Attorney, Southern District of Illinois, Nine Executive Drive, Fairview Heights, Illinois 62208, via electronic filing with the Clerk of the Court using the CM/ECF system this 10 day of March, 2006.


                                            /s/ Renee E. Schooley
                                            RENEE E. SCHOOLEY