

**FILED**

SEP 1 3 2006

G. PATRICK MURPHY
DISTRICT JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

v.

JAMAL SHEHADEH

## AMENDED JUDGMENT IN A CRIMINAL CASE

(For Revocation of Supervised Release)

Case No.  4:04CR40004-001-GPM
USM No. 14187-026

Renee Schooley, AFPD
Defendant's Attorney

Date of Original Judgment: 2/28/06
Reason for Amendment: Correction of Sentence on Remand (18 USC 3742(f)(1) and (2))

**THE DEFENDANT:**

X      Admitted guilty to violation of condition(s): Statutory, Standard, Special of the term of supervision.
X      Was found in violation of condition(s): Intimidation violation after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation No. | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed another crime | 1/28/06 |
| Standard #1 | Defendant left the district without permission | 11/12/05 |
| Standard #2 | Defendant to file timely monthly reports | 12/15/05 |
| Standard #11 | Defendant failed to notify probation of contacts with law enforcement | 1/28/06 |
| Special | Defendant failed to participate in mental health treatment | 8/9/05 |

    The defendant is sentenced as provided in pages 2 through 2 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not violated condition(s): disorderly conduct and is discharged as to such violation condition.

    It is ordered that the defendant must notify the U. S. Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and U. S. Attorney of material changes in economic circumstances.

9/13/06
Date of Imposition of Judgment

Signature of Judge

G. Patrick Murphy, Chief, U. S. District Judge
Name and Title of Judge

09/13/06
Date

**DEFENDANT: JAMAL SHEHADEH**
**CASE NO.: 4:04CR40004-001-GPM**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term:

**\*\*      12 MONTHS.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

**Defendant delivered on** _____ **To** _____

a _____ **with certified copy of this Judgment.**

_____

**United States Marshal**

**By:**_____
           **Deputy United States Marshal**