IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

FILED
MAR 02 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
Vs. )
) No. 04-cr-40004
JAMAL SHEHADEH, )
)
Defendant. )

## MOTION FOR ORDER AUTHORIZING
## DISCLOSURE OF PRESENTENCE REPORT

NOW COMES the Defendant, JAMAL SHEHADEH pro se, and for his Motion for Order Authorizing Disclosure of Presentence Report, states the following:

1.) Defendant is currently charged in the Central District of Illinois, 14-cr-30046;

2.) The Presentence report filed in this cause is needed by Defendant and Defendant's counsel in order to prepare for proceedings in the Central District Case;

3.) An order authorizing disclosure of the Presentence report is required in order for the United States Probation Office in Benton to release the same to Defendant.

4.) Attached hereto and incorporated herein by reference is Defendant's proposed order granting the relief prayed for herein.

WHEREFORE, for the above and foregoing reasons, Defendant prays this Honorable Court grant the relief sought herein and authorize the United States Probation Office in Benton to release the Presentence Report in ILSD Case 04-cr-40004 to Defendant and his attorney.

Respectfully submitted,

_____
Jamal Shehadeh, Defendant pro se.

Certificate of Service

I, Jamal Shehadeh, do hereby swear and affirm under penalties of perjury that the foregoing was served on the Government by placing the original of same in the United States mail addressed to:

> Clerk of Court
> 301 West Main Street
> Benton, IL 62812

With postage pre-paid, to be electronically scanned and served, on this the 26th day of February, 2015.

_____

Mr. Jamal Shehadeh
1312 Sportsman Drive
P.O. Box 674
Taylorville, IL 62568-0674
(217) 820-7071
J.Shehadeh@Outlook.com

Jamal Shehadeh
Box 674
Taylorville, IL 62568



Clerk of Court
301 W. Main St.
Benton, IL 62812